# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 10, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

159510-1(64)(67)(69)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SKANSKA USA BUILDING, INC.,
            Plaintiff-Appellant,

v

M.A.P. MECHANICAL CONTRACTORS, INC.,
AMERISURE INSURANCE COMPANY, and
AMERISURE MUTUAL INSURANCE
COMPANY,
            Defendants-Appellees.
_____/

SC: 159510, 159511
COA: 340871, 341589
Midland CC: 13-009864-CK

On order of the Chief Justice, the separate motions of (1) the Associated Builders & Contractors, Inc. of Michigan, the Associated Builders & Contractors, Inc., Western Michigan Chapter, and the Associated Builders and Contractors of Southeastern Michigan, Inc., (2) the Insurance Alliance of Michigan, and (3) the Home Builders Association of Michigan to file briefs amicus curiae are GRANTED.  The amicus briefs submitted by those groups on March 5 and 6, 2020, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 10, 2020



Clerk